**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Valentin Castaneda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN CASTANEDA,<br><br>　　　Plaintiff,<br><br>　　　v<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No.  CV 12-02212 SS<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

　　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

　　　IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND THREE HUNDRED DOLLARS and NO CENTS ($3,300.00) for attorney fees, 28 U.S.C. § 1920 and NINETEEN DOLLARS and SEVENTY-FIVE CENTS ($19.75) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

　　　Dated:   4/17/13

　　　　　　　　　　　　　　　　　　　*/s/ Suzanne H. Segal*
　　　　　　　　　　　　　　　　　　THE HONORABLE SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1